STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@theMMLawFirm.com
GONZALO QUEZADA JR. (Bar No. 338386)
   GQuezada@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs and a class of similarly situated employees

*[Additional Counsel Continued On Next Page]*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA BARBOSA and CECILIA MATA, on behalf of themselves and those similarly situated, <br><br> Plaintiffs <br><br> vs. <br><br> DELTA PACKING COMPANY OF LODI, INC. AKA "DELTA FRESH"; SALINAS FARM LABOR CONTRACTOR, INC.; ERNIE COSTAMAGNA, an individual, ANNAMARIE COSTAMAGNA, an individual, and DOES 1-20 <br><br> Defendants. | **Case No. 2:20-cv-01096-TLN-KJN** <br><br> **STIPULATION AND ORDER TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE** <br><br> Trial Date: Not Set |

1

CHRISTINA C. TILLMAN (Bar No. 258627)
christina.tillman@mccormickbarstow.com
MELISSA K. CERRO (Bar No. 304268)
melissa.cerro@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendants, DELTA PACK COMPANY OF LODI, INC.
AKA "DELTA FRESH," ERNIE COSTAMAGNA, and
ANNAMARIE COSTAMAGNA


RONALD H. BARSAMIAN (Bar No. 81531)
PATRICK S. MOODY (Bar No. 156928)
BARSAMIAN & MOODY
A Professional Company
Attorneys at Law
1141 W. Shaw Avenue, #104
Fresno, California 93711
Telephone: (559) 248-2360
Facsimile: (559) 248-2370
Email: *laborlaw@theemployerslawfirm.com*

Attorneys for Defendant, SALINAS FARM LABOR CONTRACTOR, INC.

2

This stipulation ("Stipulation") is made between Plaintiffs Irma Barbosa and Cecilia Mata, on behalf of themselves and those similarly situated, and Defendants Delta Packing Company of Lodi, Inc. also known as "Delta Fresh," Salinas Farm Labor Contractor, Inc., Ernie Costamagna, and Annamarie Costamagna (hereinafter collectively, "Parties"), based on the following:

## <u>RECITALS</u>

1.   Plaintiffs filed their Class Action and FLSA Complaint against Defendants on May 29, 2020. Three days later, on June 1, 2020, the Court issued an Initial Pretrial Scheduling Order pursuant to Rule 16 of the Federal Rules of Civil Procedure (Dkt. No. 3.) The Initial Pretrial Scheduling Order stated that "All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure." Defendants consented to Plaintiffs' request to waive service of summons pursuant to Federal Rule of Civil Procedure 4.

2.   On April 26, 2021, the Court granted the Parties' Stipulation to modify the Initial Scheduling Order and ordered the parties to complete all class discovery by April 21, 2022, and file for Class Certification by July 21, 2022.

3.   Discovery has since been completed and Plaintiffs are awaiting the putative class/witness list after the Belaire notice process is completed.   There is good cause to modify the Class Certification Briefing Schedule because Defendants provided the employee class data to Phoenix Class Action Administration Solutions on June 13, 2022. According to the proposed timeline provided by Phoenix, the list of putative class members who agree to disclose their information to Class Counsel will not be provided until July 25, 2022, four (4) days after Plaintiffs' deadline to file a motion for Class Certification on July 21, 2022. Plaintiffs require the list of putative class members that do not opt-out of disclosure in order to have an adequate opportunity to investigate, present evidence, and brief issues related to class certification.

## <u>STIPULATION</u>

NOW THEREFORE, the Parties hereby agree and stipulate that, subject to the Court's order, the Class Certification Brief Scheduling is to be modified as follows:

(a)  Plaintiffs must file for Class Certification by September 19, 2022.

SO STIPULATED.

3

1
2
Dated: June 30, 2022                                    Respectfully Submitted,

3
4                                                        By: __/s/_____

Hector Martinez
5                                                        Gonzalo Quezada
                                                         MALLISON & MARTINEZ
6                                                        Attorneys for Plaintiffs

7  Dated: June 30, 2022

8                                                        By:___/s/_____

9                                                        Christina Tillman
                                                         MCCORMICK, BARSTOW,
10                                                       SHEPPARD,WAYTE &
                                                         CARRUTH LLP
11                                                       Attorneys for Defendants

12

13  Dated: June 30, 2022

14                                                       By:___/s/_____

15                                                       Patrick Moody
                                                         BARSAMIAN & MOODY
16                                                       Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

4

# ORDER

After consideration of the Stipulation, the Court's file in this action, and good cause appearing to modify the Class Certification Motion Scheduling Order (Dkt. No. 3), the Court modifies the Class Certification Motion Scheduling Order as follows:

(a) Plaintiffs must file for Class Certification by September 19, 2022.


IT IS SO ORDERED.

Dated: July 1, 2022

_____
Troy L. Nunley
United States District Judge

Joint Stip & Order to Modify Class Certification Briefing Schedule     Case No. 2:20-cv-01096-TLN-KJN