1  STAN S. MALLISON (Bar No. 184191)
       StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
       HectorM@TheMMLawFirm.com
3  CODY A. BOLCE (Bar No. 322725)
       CBolce@TheMMLawFirm.com
4  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
5  Oakland, California 94549
   Telephone: 510-832-9999
6  Facsimile:  510-832-1101

7  Attorneys for Plaintiffs and a class of similarly situated employees

8  *[Additional Counsel Continued On Next Page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRMA BARBOSA and CECILIA MATA, on behalf of themselves and those similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>DELTA PACKING COMPANY OF LODI, INC. AKA "DELTA FRESH"; SALINAS FARM LABOR CONTRACTOR, INC.; ERNIE COSTAMAGNA, an individual, ANNAMARIE COSTAMAGNA, an individual, and DOES 1-20<br><br>Defendants. | Case No. 2:20-cv-01096-TLN-KJN<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT ERNIE COSTAGNA WITH PREJUDICE**<br><br>Trial Date: Not Set |

1  CHRISTINA CUSIMANO (Bar No. 258627)
   christina.cusimano@mccormickbarstow.com
2  MCCORMICK, BARSTOW, SHEPPARD,
3  WAYTE & CARRUTH LLP
   7647 North Fresno Street
4  Fresno, California 93720
   Telephone: (559) 433-1300
5  Facsimile: (559) 433-2300

6
   Attorneys for Defendants, DELTA PACK COMPANY OF LODI, INC.
7  AKA "DELTA FRESH," ERNIE COSTAMAGNA, and
   ANNAMARIE COSTAMAGNA

**STIPULATION**

NOW THEREFORE, the Parties hereby agree and stipulate, subject to the Court's order, as follows:

1. Defendant **Ernie Costamagna** shall be dismissed as a party to this Action, with all claims as alleged against Ernie Costamagna being dismissed with prejudice;

2. Ernie Costamagna's Motion for Summary Judgment (ECF No. 67) is withdrawn as moot;

3. This stipulated dismissal is not an adjudication on the merits and does not entitle any party to attorneys' fees or costs as a prevailing party or otherwise; and

4. All parties will bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 7, 2025

By: /s/ Cody A. Boice
Stan Mallison
Hector Martinez
Cody Bole
MALLISON & MARTINEZ
Attorneys for Plaintiffs

Dated: August 7, 2025

By: /s/ Christina Cusimano
Christina Cusimano
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Attorneys for Defendants

STIPULATION AND ORDER TO DISMISS ERNIE COSTAMAGNA
CASE NO. 2:20-CV-01096

**ORDER**

After consideration of the Stipulation, the Court's file in this action, and good cause appearing the Court orders as follows:

1. Defendant **Ernie Costamagna** shall be dismissed as a party to this Action, with all claims as alleged against Ernie Costamagna being dismissed with prejudice;

2. Ernie Costamagna's Motion for Summary Judgment (ECF No. 67) is withdrawn as moot;

3. This stipulated dismissal is not an adjudication on the merits and does not entitle any party to attorneys' fees or costs as a prevailing party or otherwise; and

4. All parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 11, 2025

_____
Troy L. Nunley
Chief United States District Judge